374

Edward James McCORMACK, Appellant, v. W. H. HIATT, Warden, et al., Appellee.

No. 12881.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

Edward James McCormack, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

George H. MARTIN, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.

No. 12832.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

No appearance entered for appellant.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Robert Clayton ST. CLAIR, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12868.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1948.

Rehearing Denied Jan. 17, 1950.

Robert Clayton St. Clair, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from, D.C., 83 F.Supp. 585, is affirmed.

Charles F. SIMS, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12910.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1949.

No appearance entered for appellant.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.